OPINION — AG — ** CONSTITUTIONAL QUESTION — RESUBMISSION ** UNDER ARTICLE V, SECTION 6 OF THE OKLAHOMA CONSTITUTION, THE STATE QUESTION MAKING THE LABOR COMMISSIONER AN APPOINTED POSITION, AFTER SUBMITTED IN 1974 MAY BE RE SUBMITTED WITHIN THREE YEARS THROUGH THE INITIATIVE PETITION METHOD WHEN INITIATED BY 25% OR MORE OF THE LEGAL VOTERS, OR THROUGH A LEGISLATIVE REFERENDUM. CITE: ARTICLE V, SECTION 6 (DONALD B. NEVARD)